STATE OF CONNECTICUT *v.* JOHN WIDEMAN

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 190 (AC 13385), is denied.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided January 10, 1995

FARMERS AND MECHANICS BANK *v.*
JOHN T. O'REILLY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 902 (AC 12905), is denied.

*John T. O'Reilly,* pro se, in support of the petition.

Decided January 10, 1995

STATE OF CONNECTICUT *v.* LARRY DAVIS

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 917 (AC 11907), is denied.

*John T. Walkley,* special public defender, in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.

Decided January 10, 1995